IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | Criminal No. 4:23-cr-061 |
|---|---|
| Plaintiff, | |
| v. | **APPEARANCE OF COUNSEL** |
| ZACHARY JAMES FLAHERTY, | |
| Defendant. | |

COMES NOW the undersigned, Adam D. Zenor, of the law firm of Zenor Kuehner, PLC, and respectfully enters his appearance as counsel of record on behalf of Defendant Zachary J. Flaherty, and requests that the Clerk of this Court enter such Appearance on the service list and other books and records of his or her office.

ZENOR KUEHNER, PLC

By: /s/ *Adam D. Zenor*
Adam D. Zenor, AT0009698

111 East Grand Avenue, Suite 400
Des Moines, IA 50309
Phone: 515/650-9005
Fax: 515/206-2654
adam@zenorkuehner.com

ATTORNEY FOR DEFENDANT